**Electronically Filed
Supreme Court
SCWC-20-0000545
31-OCT-2022
10:36 AM
Dkt. 12 ODAC**

SCWC-20-0000545

IN THE SUPREME COURT OF THE STATE OF HAWAI'I

_____

STATE OF HAWAI'I, Respondent/Plaintiff-Appellee,

v.

ROMAN SEMES, Petitioner/Defendant-Appellant

_____

CERTIORARI TO THE INTERMEDIATE COURT OF APPEALS
(CAAP-20-0000545; Case No. 2PC151001014(3))

ORDER REJECTING APPLICATION FOR WRIT OF CERTIORARI
(By: Recktenwald, C.J., Nakayama, McKenna, Wilson, and Eddins, JJ.)

The application for writ of certiorari filed on September 9, 2022 by Petitioner/Defendant-Appellant Roman Semes is hereby rejected.

DATED:  Honolulu, Hawai'i, October 31, 2022.

/s/ Mark E. Recktenwald

/s/ Paula A. Nakayama

/s/ Sabrina S. McKenna

/s/ Michael D. Wilson

/s/ Todd W. Eddins

